IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60346
Summary Calendar

_____


BETTY BOYKIN,

                                        Plaintiff-Appellant,

versus


ENTERGY OPERATIONS, INC.; DON HINTZ; MIKE BAKARICH;
JOSEPH HAGAN; MARY SEE,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5-99-CV-60-BN
--------------------
October 11, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Appellant Betty Boykin appeals from an adverse summary judgment dismissing her claims stemming from her allegations before the district court that she was denied a promotion on the basis of race, that she was paid disparate wages on the basis of race and that she suffered racially discriminatory working conditions due to her employer's creation of "white and black jobs."

     Our *de novo* review of the summary judgment evidence and the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record before us convinces us that the district court correctly dismissed the appellant's claims. The district court carefully considered appellant's claims and its order dated March 2, 2000, cogently and meticulously addressed her claims and provided a correct analysis and conclusion as to each of her claims. We affirm essentially for the reasons set forth by Judge Barbour in his order of March 2, 2000.

AFFIRMED.